# **THE TAND LAW FIRM**

300 Old Country Road Suite 351          jtand@jtandlaw.com
Mineola NY 11501

To:
Honorable Gabriel W. Gorenstein           MEMORANDUM ENDORSED
District Court Judge
Federal Court of the United States
Southern District of New York
500 Pearl Street
New York, NY 10006

Re:     *Goudarzi v. Seasons A Florial Design Studio Et. Al.*
        *22-cv-2808*

Dear Honorable Sir,

    As you are aware, this office is attorneys for Plaintiff in the instant matter. Due to a reorganizing of Plaintiff's counsel to my own firm and other personal reasons I respectfully request a brief adjournment of the initial conference scheduled for June 16, 2022. As per the court's rules, I have conferred with my adversary, and the parties are all available on July 1, 2022 at 10:30 AM which the court has informed me is available. I thank the court for their time and attention.

*Jonathan Tand*
_____
Jonathan A. Tand, Esq.

Adjournment to July 1, 2022, at 10:30 a.m. granted. Dial-in instructions remain the same  The Court notes that the proposed scheduling order filed today (Docket # 19) lacks the signature of plaintiff's counsel. A proper proposed scheduling order shall be filed by June 29, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 14, 2022