```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HAMED GOUDARZI                                         :
                                                       :
                Plaintiffs,              22 Civ. 2808 (PAE) (GWG)
                                                       :
    -v.-                                               ORDER
                                                       :
SEASONS A FLORAL DESIGN STUDIO et al.,
                                                       :
                Defendants.                            :
-----------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

In light of the parties' request for mediation, discovery is stayed except that defendants shall supply any relevant time and pay records to plaintiff forthwith. The parties shall fille a status letter within 7 days of the conclusion of the mediation. If the case does not settle, the letter shall include joint or separate proposals as to a discovery schedule. The initial conference scheduled for July 1, 2022, is adjourned sine die.

  SO ORDERED.

Dated: June 27, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge