UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HAMED GOUDARZI,

                              Plaintiff,

              -v-

SEASONS A FLORAL DESIGN STUDIO, and LUIS
DANIEL MUNOZ,

                            Defendants.
-------------------------------------------------------------- X

22 Civ. 2808 (PAE)(GWG)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 8, 2022, the parties submitted a proposed settlement agreement, Dkt. 26, in this Fair Labor Standards Act and New York Labor Law action. On December 9, 2022, the Court refused to approve the settlement and directed the parties to submit additional information by January 17, 2023. Dkt. 27. On January 16, 2023, the parties submitted a revised proposed settlement agreement, Dkt. 28 ("Agreement"), and a letter in support, in this Fair Labor Standards Act ("FLSA") and New York Labor Law action. Under the Agreement, defendants agree to pay $20,000 to plaintiff, and $10,000 in attorneys' fees to plaintiff's attorney, Alan Ripka & Associates, LLP. The Agreement therefore allocates one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees.

On January 19, 2023, the Court informed the parties that, although the Agreement was legally satisfactory, and that the Court would be prepared to approve the overall settlement sum of $30,000 as substantively reasonable and achieved through procedurally fair means, the Court could not approve the agreement in its present form because it lacked the signatures of the parties. Dkt. 29.

On January 30, 2023, the parties refiled the Agreement with proper signatures. *See* Dkt. 30 (the "Signed Agreement"). Upon careful review of the Signed Agreement, the Court is satisfied that it was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Signed Agreement.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2023
       New York, New York